**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

HUBERT JACKSON,           :   No. 95 WM 2017
: 
         Petitioner         : 
: 
: 
            v.                 : 
: 
: 
THE COMMONWEALTH COURT,     : 
: 
         Respondent       : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.